DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

_____

DERRICK MIDDLETON,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D22-790

_____

December 15, 2023

Appeal from the Circuit Court for Pinellas County; Joseph A. Bulone, Judge.

Howard L. Dimmig, II, Public Defender, and Rachael E. Reese, Special Assistant Public Defender, Bartow, for Appellant.

Ashley Moody, Attorney General, Tallahassee, and Samuel R. Mandelbaum, Assistant Attorney General, Tampa, for Appellee.


PER CURIAM.

    Affirmed.

SLEET, C.J., and KHOUZAM and SMITH, JJ., Concur.

_____

Opinion subject to revision prior to official publication.